AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cangilos-Ruiz, , Margaret M. | United States Bankruptcy Court, NDNY | 10/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ **This is an** Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

James M. Hanley United States Courthouse & Federal Building
100 South Clinton Street
P,O, Box 7007
Syracuse, New York 13261

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Administratrix | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | 04/14/2011 - 04/16/2011 | Atlanta, GA | Bankruptcy Conference | Transportation, meals, lodging |
| 2. | Capital Region Bankruptcy Bar Assoc. and Central New York Bankruptcy Bar Assoc. | 11/10/2011 - 11/12/2011 | Boston Landing, NY | Bankruptcy Conference | Transportation, meals, lodging |
| 3. | Monroe County Bar Assoc. | 05/13/2011 | Batavia, NY | Bankruptcy Conference | Transportation, meals |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

7.

8.

9.

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #2-Oppenheimer Main Street Fund CL B. See Part VIII. | | None | | | Sold | 02/28/11 | J | | |
| 2. | Trustco Bank Accts | A | Interest | J | T | | | | | |
| 3. | Bank of America Accts | A | Interest | J | T | | | | | |
| 4. | M& T Bank Acct (Y) | | | | | | | | | |
| 5. | Brokerage Acct. No. 1 | | | | | | | | | |
| 6. | ...Livonia NY Central School Dist. Bond | A | Interest | | | Sold | 06/15/11 | K | A | |
| 7. | ...East Williston NY Union Free School District Bond | A | Interest | | | Sold | 06/15/11 | K | A | |
| 8. | ..Bofa Money Market Reserves G Trust Class (f/k/a Part VIII) | A | Interest | J | T | | | | | |
| 9. | ...Columbia NY Inter Muni Bond Fund Class Z shares (Y) | A | Interest | J | T | | | | | |
| 10. | ...Columbia Short Term Bond Fund Class Z shares | A | Interest | K | T | Buy | 06/15/11 | K | | |
| 11. | Wells Fargo Bank Acct.(f/k/a Wachovia Bank) | A | Interest | J | T | | | | | |
| 12. | Brokerage Acct. No. 2 | | | | | | | | | |
| 13. | ..Reynolds American common | A | Dividend | J | T | | | | | |
| 14. | ...Trumansburg NY Cent School Dist.Ser. B 4% 6/15/12 | A | Interest | J | T | | | | | |
| 15. | ...Bainbridge-Guilford NYC.Sshl Dist. Ser. A 4.25% 2/1/15 | A | Interest | K | T | | | | | |
| 16. | ...Rochester Fund Municipals Class A See Part VIII | B | Interest | K | T | | | | | |
| 17. | ...Putnam Amerian Govt Income ClassA See Part VIII. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trustco Bank Accts. (Trust #1) | A | Interest | | | Distributed | 12/09/11 | L | | |
| 19. Bristol Myers Squibb Common | A | Dividend | J | T | | | | | |
| 20. Zimmer Holdings, Inc.Common | | None | | | Sold | 08/10/11 | J | A | |
| 21. Fico Strips Ser.1 Fin. Corp. 10% Cpn Bond(Y) See Part VIII | | | | | | | | | |
| 22. Sonosite Inc. Common. (Y) | | None | | | Sold | 08/10/11 | J | A | |
| 23. Key Bank Acct. | | None | J | T | | | | | |
| 24. IRA #3 | | | | | | | | | |
| 25. ...Columbia Acorn Fund CL C | | None | J | T | | | | | |
| 26. ...First Eagle Sogen Funds US Value Fund CL C | A | Dividend | J | T | | | | | |
| 27. ...John Hancock Large Cap Equity Fund CL C | | None | J | T | | | | | |
| 28. ...Ivy Funds High Income Fund CL C | A | Dividend | J | T | | | | | |
| 29. ...Janus Investment Fund Overseas Fund CL C | | None | J | T | | | | | |
| 30. ...Janus Investment Flexible Fund BD CL C | A | Dividend | J | T | | | | | |
| 31. ...Nuveen Tradewinds Value Opportunities Fund CL C | A | Dividend | J | T | Sold (part) | 10/12/11 | J | | |
| 32. ...Oppenheimer Developing Markets Fund CL C | A | Dividend | J | T | | | | | |
| 33. ...Pimco Total Return Fund CL C | A | Dividend | J | T | | | | | |
| 34. ...Prudential Jennison 20/20 Focus Fund CL C | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ...Prudential Jennison Small Company Fund CL C | | None | J | T | | | | | |
| 36. ...Templeton Global Fund CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cangilos-Ruiz, , Margaret M. | 10/09//2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Line References are to entries in Part VII.

Line 1.IRA #2 was rolled over to Thrift Savings Plan as was Cash resulting from sale of assets in previously listed 401(k) Plan.

Line 4 M & T Bank Acct. is not required to be reported pursuant to Sec. 102(a)(1)(B) and Sec. 102(a)(3).

Line 8 Bofa Money Market Reserves G Trust Class was formerly Columbia Money Market Reserve.

Line 9 Columbia NY Inter Muni Bond Fund is being included as it was advertently left out from prior Report(s).

Lines 16 & 17. Rochester Fund Mun. Class A and Putnam Amer. Gov't Inc. CL A , previously shown on 2010 Report on LInes 61 & 62, were transferred into Brokerage Acct. 2.

Line 21 Fico Strips Ser. 1 Fin. Corp. 10% Coupon Bond, although on 2009 and 2010 Reports, is owned by non-spousal family member and is not reportable.

Line 22 Two shares of Sonosite were inadvertently omitted from prior Reports and is reported herein.

In Part I, under Postiions:  During calendar year 2011, I was still bonded as the Administratrix of Estate 1 even though the assets had been distributed in the fourth quarter of 2010 and is, therefore, technically listed. . During calendar year 2011,  I also continued as Trustee of Trust #1 to distribute remaining assets (See Part VII, Line 18)..


Items in prior report but not currently listed:

---MFS Government Market Trust Inc. SBI were assets previously sold in their entirety as reported in earlier year and are, therefore, not reportable [See LN 115, 2009 Report].

---Wachovia Bank and Wells Fargo entries on LNs 17 and 21 of prior report are combined on LN 11 of present report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Cangilos-Ruiz,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544